**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
<u>**JACKSONVILLE DIVISION**</u>

| | |
|---|---|
| In re: ) | Case No. 3:21-bk-01792 |
| ZAREPHATH ACADEMY INC., a ) Florida not-for-profit corporation, ) | Chapter 11 |
| ) Debtor. ) | |

| | |
|---|---|
| In re: ) | Case No. 3:21-bk-01793 |
| APOSTOLIC ASSEMBLIES OF ) JESUS CHRIST INC., a Florida not- for-profit corporation, ) | Chapter 11 |
| ) Debtor. ) | |

<u>**CONSOLIDATED CASE MANAGEMENT SUMMARY**</u>

In accordance with the Court's Administrative Order of January 28, 2009 Establishing Initial Procedures in Chapter 11 cases, the above captioned debtors, above-captioned debtors (collectively, the "Debtors") hereby submit this Case Management Summary.

**I.   Descriptions of Debtors' Business'**

    <u>**Zaraphath Academy Inc.**</u>   Debtor Zaraphath Academy Inc. ("ZAI") is a Christian based specialty school founded in 2006 by Bishop James Brant Jr. and his wife, Dr. Denise Brant.  ZAI  provides education to low income students from grades pre-k

through 12. In its role as an education provider, ZAI fills an essential need to the community and offers students a path forward toward success and self-fulfillment.

**Apostolic Assemblies of Jesus Christ, Inc.** ("AAJC") dates to 1996 and is the spiritual companion to ZAI. AAJC provides traditional church and ministry services. As with ZAI, AAJC was founded by Bishop James Brant Jr. and and his wife, Dr. Denise Brant.

## II. Locations of Debtors' Operations

ZAI operates from its facilities and offices located at 1028 E. 10th Street, Jacksonville, FL 32206 (the "10th Street Property").

AAJC operates from a dedicated church building located adjacent to ZAI's facilities and offices located at the 10th Street Property. AAJC also owns related church property located at 2335 Davis Street, Jacksonville, FL 32209 (the "Davis Street Property").

## III. Reasons for Filing these Chapter 11 Cases

Bishop James Brant Jr. passed away on July 10, 2016. The loss of Bishop Brant to the Debtors cannot be understated. Bishop Brant was a pillar in the church community with widespread connections and influence, and his status as Bishop imbued AAJC with gravitas. His passing created not only a spiritual void but also a material one as financial issues coalesced to imperial the Debtors' very existence.

The 10th Street Property is owned by AAJC, and encumbered by secured and unsecured debt held by SMS Financial CP, LLC ("SMS"). SMS is a buyer of debt on the

secondary market and acquired the original note and mortgage on the 10th Street Property from Branch Banking and Trust Company ("BB&T").  The original amount of the note was $576,000.00.  The 10th Street Property is subject to a foreclosure proceeding currently pending in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, styled as SMS Financial CP, LLC v. Apostolic Assemblies of Jesus Christ, Inc.; Case No.: 16-2019-CA-001371.  AAJC is confident that it will be able to secure a consensual resolution of the SMS debt via these Bankruptcy Cases.

The Davis Street Property is encumbered by secured debt held by LSC 164A, LLC ("LSC").  LSC is a secondary note buyer, which acquired the subject debt from BB&T in the original amount of $1,160,000.00.  AAJC acquired the Davis Street Property pursuant to a foreclosure action and currently holds title to the property.  The Davis Street Property is property of AAJC's Estate, and is subject to the secured and unsecured debt interest of LSC.  The Davis Street Property is subject to a foreclosure proceeding currently pending in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, styled as LSC 164A, LLC v. Christ Tabernacle Missionary Baptist Church, Inc., Apostolic Assemblies of Jesus Christ, Inc., et al; Case No.: 16-2017-CA-000061.  AAJC is confident that it will be able to secure a consensual resolution of the LSC debt via these Bankruptcy Cases.

In addition to the foreclosure cases discussed above, ZAI faces federal employment tax liabilities arising from improper accounting in the amount of $452,686.45.  The failures in accounting stem from gaps in leadership created when

Bishop James Brant Jr. passed away on July 10, 2016.

**IV. Lists of Officers and Directors**

The officers and directors of the Debtors are as follows:

President
BRANT, JAMES BISHOP
1140 DURKEE DR. N
JACKSONVILLE, FL 32209

Title V
POLITE, ALPHONSO
1444 W. 21ST STREET
JACKSONVILLE, FL 32209

Title VS
BRANT, DENISE
1140 DURKEE DR. N
JACKSONVILLE, FL 32209

Title T
BRANT, III, JAMES
1938 FLORIDA AVE
JACKSONVILLE, FL 32206

Title T
NORRIS, SYLVIA
7730 PICKETT ST
JACKSONVILLE, FL 32208

Title T
SMITH, CHERYL D
1960 WEST DURKEE DR
JACKSONVILLE, FL 32209

Title CEO
BRANT, JERRY JERMAINE
1140 DURKEE DR
JACKSONVILLE, FL 32209

V.  **Gross Revenues**

For fiscal year 2020, ZAI generated a net loss of $369.061.38, and AAJC generated net revenues of $40,228.81.

VI.  **Amounts Owed to Various Classes of Creditors**

The approximate amounts owed to various classes of creditors are summarized below.

    A.    **Secured Claims of ZAI**

ZAI has no secured creditors.

    B.    **Secured Claims of AAJC[1]**

    C.    **Approximate Amount of Priority Claims for Each Debtor**

| Debtor | Approximate Amount |
|---|---|
| ZAI | $452,686.45 |
| AAJC | $2,200.00 |

    D.    **Approximate Amount of Unsecured Claims for Each Debtor**

| Debtor | Approximate Amount |
|---|---|
| ZAI | $10,000.00 |
| AAJC | $1,492,731.04 |

VII.  **Description and Approximate Value of Debtors' Current and Fixed Assets**

ZAI's current and fixed assets consist of school property, which are worth

---

[1] Estimated amount of secured claim based on the estimated value of property.

approximately $50,000.  The value of ZAI is in its current operations, which generate income of over $1,2,000 per year. Additionally, ZAI has been awarded federal funds in the approximate amount or $750,000, providing sufficient resources to resolve the current debt crises and emerge from these Bankruptcy Cases debt free and with a clean balance sheet and the prospect of expanding operations.

AAJC's current and fixed assets are as follows:

- The 10th Street Property is worth approximately $420,000; and

- The Davis Street Property is worth approximately $350,000.

**VIII.  Number of Employees and Wages Owed as of Petition Date**

The Debtors employee approximately 32 individuals who are owed a total of approximately $30,000, inclusive of payroll taxes and exclusive of amounts owed to Officers and Directors.  Total amount of employee obligations will be disclosed in the Debtors Emergency Motion to Pay Repetition Wages, which the Debtors intend to file on or before July 27, 2021.

**IX.  Status of Debtors' Payroll and Sales Tax Obligations**

ZAI faces federal employment tax liabilities arising from improper accounting in the amount of $452,686.45, which amounts include penalties and interest.

ZAI intends to ensure payment of all future obligations concurrent with the incurring of such obligations.

**X.  Anticipated Emergency Relief Needed in First 14 Days**

The Debtors anticipate filing the following motions in the first week of these

Chapter 11 cases that will need to be addressed on an expedited basis:

    (i)      Motion for Joint Administration (filed on July 22, 2021);

    (ii)     Motion Authorizing Consolidated List of Creditors;

    (iii)    Application for Retention of Eric N. McKay as Counsel to Debtors;

    (iv)    Motion Establishing Interim Compensation Procedures;

    (v)     Motion to Retain Repetition Bank Accounts;

    (vi)    Motion for Authority to Pay Officers' Salaries; and

    (vii)   Motion to Pay Pre-petition Wages.

## XI. Strategic Objectives

The Debtors' objectives are to reach accommodation with all creditors and confirm a consensual Chapter 11, Subchapter V, Plan. The Debtors believe they can confirm a consensual plan based upon the economic realities underlying the values of their properties; projected revenues; approved government distributions, including approximately $750,000 in government awarded funds; and the good faith of secured and unsecured creditors.

**THE LAW OFFICES OF ERIC N. MCKAY**

By  */s/ Eric N. McKay*
    Eric N. McKay

Florida Bar No. 0010215
3948 3rd Street South, Suite 297
Jacksonville Beach, Florida, 32250-5847
(904) 651-8256
eric@ericmckaylaw.com

Proposed Attorney for Zarephath Academy Inc. and Apostolic Assemblies of Jesus Christ Inc.

**Certificate of Service**

I certify that, on July 26, 2021, a copy of the foregoing was filed electronically with the Court's CM/ECF filing system which will generate an electronic notice of filing to the Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, and sent by U.S. mail to all creditors and parties in interest.

    */s/ Eric N. McKay*
    Attorney