ORDERED.

Dated:  August 06, 2021

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA <u>JACKSONVILLE DIVISION</u>**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ZAREPHATH ACADEMY INC., ) | Case No. 3:21-bk-01792 |
| ) | |
| ) | Jointly Administered with |
| ) | |
| APOSTOLIC ASSEMBLIES OF ) | Case No. 3:21-bk-01793 |
| JESUS CHRIST, INC. ) | |
| ) | |
| Debtors. ) | |

**<u>ORDER GRANTING EMERGENCY MOTION OF DEBTORS FOR
AUTHORITY TO PAY PREPETITION WAGES, PAYROLL TAXES [D.I. 12]</u>**

Theses cases came before the Court upon the emergency motion of the above-captioned debtors (collectively, the "Debtors") for the entry of an order, pursuant to sections 105(a) and 507(a)(3) and (4) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to pay pre-petition wages, salaries, and employee benefits (the "Motion").  An emergency hearing was held on the Motion on Friday, July 30, 2021, and for the reasons stated on the record, it is ORDERED:

1. The Motion is granted.

2. Debtor Zaraphath Academy, Inc. is authorized to pay accrued but unpaid

pre-petition wages, salaries, and employee benefits of the Debtors' employees: as follows:

3.    The Debtor Zaraphath Academy, Inc. is authorized to pay all federal and state withholding and payroll taxes relating to the pre-petition periods including, but not limited to, all withholding taxes, Social Security taxes, and Medicare

| Name | Net Amt | Taxes Withheld | Total Pay | Employer Taxes | Total Cost |
|---|---|---|---|---|---|
| Alfreda B. Beatty | $438.51 | $36.33 | $474.84 | $49.15 | $523.99 |
| Latrice Benton | $425.62 | $36.18 | $489.25 | $36.18 | $525.43 |
| David D. Brant | $1,161.29 | $130.74 | $1,333.33 | $101.99 | $1,435.32 |
| Denise Brant | $2,050.94 | $449.06 | $2,500.00 | $191.25 | $2,691.25 |
| Jerry J. Brant | $2,323.27 | $611.22 | $2,934.49 | $224.49 | $3,158.98 |
| James Brant III | $1,042.02 | $107.98 | $1,150.00 | $87.98 | $1,237.98 |
| Markeisha V. Braziel | $814.67 | $128.18 | $1,013.84 | $77.56 | $1,091.40 |
| Rollie Davis | $688.29 | $84.03 | $772.32 | $59.09 | $831.41 |
| Ivory B. Durham | $1,660.93 | $214.07 | $1,875.00 | $143.44 | $2,018.44 |
| Sancoyus Gaines | $556.20 | $47.00 | $630.79 | $47.00 | $677.79 |
| Patricia Mingo | $1,356.64 | $243.36 | $1,600.00 | $122.40 | $1,722.40 |
| Gilbert Stokes | $1,331.10 | $177.82 | $1,600.00 | $122.40 | $1,722.40 |
| Willie Stokes | $884.73 | $73.29 | $958.02 | $99.16 | $1,057.18 |
| Totals | $14,734.21 | $2,339.26 | $17,331.88 | $1,362.09 | $18,693.97 |

taxes, as well as all other withholdings such as life insurance and other employee deductions.

4.    Nothing herein is intended to effect an assumption under section 365 of the Bankruptcy Code or otherwise, of any employment agreement or deferred compensation agreement between the Debtors and any employee.

5.    The Debtors are authorized to maintain their workers' compensation policy and pay any and all amounts due and owing with respect to any workers' compensation claims not covered by insurance, and maintain and continue pre-

petition practices with respect to the workers' compensation policies, including, among other things, allowing workers' compensation claimants, to the extent they hold valid workers' compensation claims, to proceed with their claims directly against the Debtors' insurance carrier.

6. Nothing herein shall allow any compensation for pre-petition wages for any employee to exceed the $13,680.00 statutory limit imposed under section 507 of the Bankruptcy Code.

7. Nothing herein shall prejudice the right of any secured creditors' right to assert a claim for cash collateral or take appropriate action for adequate assurance of payment.

Eric N. McKay, Esq. is directed to serve a copy of this order on all interested parties who are non-cm/ecf users and directed to filed proof of service within 3 days.