ORDERED.

Dated: August 26, 2021

*Roberta A. Colton*
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# <u>JACKSONVILLE DIVISION</u>

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 3:21-bk-01792 |
| ZAREPHATH ACADEMY INC., ) | |
| ) | Jointly Administered with |
| ) | |
| APOSTOLIC ASSEMBLIES OF ) | Case No. 3:21-bk-01793 |
| JESUS CHRIST, INC. ) | |
| ) | |
| Debtors. ) | |

## ORDER GRANTING AMENDED MOTION OF DEBTORS FOR AUTHORITY TO PAY OFFICERS' AND DIRECTORS' SALARIES [D.I. 31]

Theses cases came before the Court upon the amended motion (the "Motion") of the above-captioned debtors (collectively, the "Debtors") for the entry of an Order Authorizing the Payment of Officers' and Directors' Salaries.  A hearing was held on the Motion on Thursday, August 12, 2021, and for the reasons stated on the record, it is ORDERED:

1. The Motion is granted.

2. Debtor Zaraphath Academy, Inc. is authorized to pay the salaries of both

Jerry Brant and Denise Brant.

3. The salaries will be paid on the 15th and 30th of each month, through completion of these cases.

4. The salaries will be paid only after other expenses and will not accrue as an administrative expense to the extent unpaid.

5. The Debtor Zaraphath Academy, Inc. is prohibited from paying any funds or other benefits to Officers and Directors other than the salaries of Jerry Brant and Denise Brant.

6. The Debtor Zaraphath Academy, Inc. is prohibited from (a) using debt cards for cash withdrawals; or (b) cash applications, such as Venmo, for cash transfers.

Eric N. McKay, Esq. is directed to serve a copy of this order on all interested parties who are non-cm/ecf users and directed to filed proof of service within 3 days.